COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-442-CV

IN RE FORT WORTH ENERGY RELATORS

COMPANY, LLC, FORT WORTH 

PIPELINE COMPANY, LLC, AND 

C.W. STOCKER, III 

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators’ petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A:  LIVINGSTON, J.; CAYCE, C.J.; and WALKER, J.

DELIVERED:  December 18, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.